# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ANTONIO SANDOVAL and ANTONIO SANDOVAL,**

Plaintiffs,

v.

**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive**,

Defendants.

Case No.: 5:17-cv-01449-MRW

*Assigned to the Honorable Michael R. Wilner*

**[~~PROPOSED~~] ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

///

///

///

[PROPOSED] ORDER

Plaintiffs ANTONIO SANDOVAL and ANTONIO SANDOVAL ("**Plaintiffs**") and Defendant FCA US LLC ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiffs' attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay, within forty-five days (45) of entry of the Court's order, the sum of $39,000.00 to Plaintiffs and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) Each of the undersigned represents that he or she has been duly authorized to enter into the Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/21/2019

_____ Michael R. Wilner
JUDGE OF THE UNITED STATES DISTRICT COURT

Prepared by:
**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-7973
Fax: (310) 552-7973
Email: stevem@knightlaw.com
Attorney for Plaintiffs,
**ANTONIO SANDOVAL and ANTONIO SANDOVAL**

# PROOF OF SERVICE
## (F.R.C.P. Rule (b)(2))

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 10250 Constellation Blvd., Suite 2500, Los Angeles, CA 90067.

I served the foregoing document described as:

**[PROPOSED] ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES**

NIXON PEABODY LLP
Kristi J. Livedalen, Esq.
Aaron M. Brian, Esq.
300 South Grand Ave., 41st Fl.
Los Angeles, CA 90071
Email: abrian@nixonpeabody.com
**Counsel for Defendant,
FCA US LLC**

ONGARO PC
Scott Shepardson, Esq.
50 California Street, Suite 3325
San Francisco, CA 94108
Email: ssherpardson@ongaropc.com
**Counsel for Defendant,
FCA US LLC**

XX  BY EMAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 14, 2019 at Los Angeles, California.

/s/ Wayne Pagdilao
Wayne Pagdilao